WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**HAROLD FRIELER,**                                                                 CV 03-6322-KI

   Plaintiff,

vs.                                                                                  ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $20,764.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $6,100.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $14,664.50, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 5th day of Feb., 2007.

_____
United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1